### 7312.  JOHNSON v. JAMES.

LUKE, J.  1. The making of an oral motion for a new trial in the municipal court of Atlanta, as provided for by act of 1913 (Ga. Laws, 1913, p. 145 (a-b)), is a cumulative remedy and does not defeat the right of certiorari.

2. Upon the petition for certiorari and the answer of the judge of the municipal court, the order sustaining the certiorari was demanded.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JANUARY 23, 1917.

Certiorari; from Fulton superior court—Judge Pendleton. February 4, 1916.

*Hines & Jordan,* for plaintiff in error.

*W. T. Moyers,* contra.